UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBEL AFEWERKI,<br><br>        Plaintiff,<br><br>    v.<br><br>JUDGE IN SACRAMENTO, et al.,<br><br>        Defendants. | Case No. 24-cv-03992-VC<br><br>**ORDER DISMISSING COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION** |

Afewerki's complaint is dismissed for a lack of subject matter jurisdiction because it is impossible to discern any cognizable cause of action and appears to be wholly frivolous. *See Steel Co. v. Citizens for a Better Environment*, 523 U.S. 83, 89 (1998) (explaining that a court lacks jurisdiction when a claim "clearly appears to be immaterial and made solely for the purpose of obtaining jurisdiction or where such a claim is wholly insubstantial and frivolous.").

**IT IS SO ORDERED.**

Dated: July 11, 2024

_____
VINCE CHHABRIA
United States District Judge